UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Edward D. Fagan,                         :      Civil Action # 08-cv-6715
                        Plaintiff        :
     vs.                                 :
                                         :
Republic of Austria, et al               :
                        Defendants :
------------------------------------------------X

## Declartion and Return of Service

Edward D. Fagan hereby declares and says:

1) I am the Plaintiff in the above referenced matter.

2) Personal service pursuant to FRCP Rule 4 (c) (2) was made by Roselyne Gisors, who is over 18 years of age and who is not a party to this action, on Defendants Generali and Austrian National Bank as follows:

> July 29th, 2008 at about 3:15 – 3:30 pm, Defendant Generali at 1 Liberty Plaza, 29th Floor, New York, NY *(See Exhibit 1)*

3) The foregoing statements by me are true and accurate to the best of my knowledge, information and belief.

Dated:   July 30, 2008

_____
Edward D. Fagan

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Declarations of Service have been electronically filed with the Clerk of the Court,

Courtesy hard copies of this Declaration of Service is provided to the Defendants as follows:

>Defendant Generali Insurance
>1 Liberty Plaza, 29th Floor, New York, NY

Dated:     July 30, 2008

Edward D. Fagan

Exhibit 1
(with attachments)

# RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me[1] | Date July 29, 2008 |
| NAME OF SERVER Roselyne Gisors | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant Generali Insurance / The Generali Group
Place where served: 1 Liberty Plaza, 29th Floor, NY, NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of Person which whom the summons and complaint were left: John Martin - identified himself as president of US Group

[ ] Returned unexecuted _____

[ ] Other (specify) _____

Acknowledgment attached at about 3:15 - 3:30 on July 29, 2008

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on July 29, 2008
Date

Signature of Server

Roselyne Gisors
Address of Server
245 W. 72nd St., #7B - NYC 10023

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

---------------------------------------------------------------- X
Edward D. Fagan,                                                  :    Civil Action #
                              Plaintiff                           :
                                                                  :
- v -                                                             :
                                                         08 CV    6715
Republic of Austria,                                              :
Austrian National Bank,                                           :
Vermittlungskommission Brandkatastrophe Kaprun,                   :
    a/k/a The Kaprun Commission,                                  :
Gletscherbahnen Kaprun AG,                                        :
Österreichische Elektrizitätswirtschafts-AG,                      :    SUMMONS
Generali Versicherung AG,                                         :
                              Defendants                          :
----------------------------------------------------------------- X


TO:


See Multiple Defendants on Annexed Service List


*YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff Pro Se (Name and Address):*

Edward D. Fagan, 5 Penn Plaza, 23rd Floor, New York, NY 10001

*an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*



J. MICHAEL McMAHON                              JUL 2 8 2008
_____      _____
Clerk                                           Date

_____
By Deputy Clerk

## **DEFENDANTS ADDRESSES**

- Republic of Austria, Federal Chancellory, Vienna, Austria

- Austrian National Bank, 745 5th Ave, New York, NY 10151+0001

- Gletscherbahnen Kaprun AG

    Wilhelm Fazokas Straße 690 5710 Kaprun, Austria

    - And -

    c/o Austrian National Tourist Office

    500 5th Ave, New York and 120 W 45th St # 9, New York, NY

- Österreichische Elektrizitätswirtschafts-AG, Am Hof 6a A-1010 Vienna



- Generali Versicherung AG / The Generali Group 1 Liberty Plaza # 29, New York, NY 10006 and Landskrongrasse 1-3, Vienna, Austria.

United States District Court
Southern District of New York

------------------------------------------------------X

Edward D. Fagan,

      Plaintiff

- v -

Republic of Austria,
Austrian National Bank,
Vermittlungskommission Brandkatastrophe Kaprun,
  a/k/a The Kaprun Commission,
Gletscherbahnen Kaprun AG,
Österreichische Elektrizitätswirtschafts-AG,
Generali Versicherung AG,

      Defendants

------------------------------------------------------X

Civil Action #

**08 CV 6715**

SUMMONS

**TO:**

See Multiple Defendants on Annexed Service List

*YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff Pro Se (Name and Address):*

Edward D. Fagan, 5 Penn Plaza, 23rd Floor, New York, NY 10001

*an answer to the Complaint which is herewith served upon you, within __20__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*

J. MICHAEL McMAHON

JUL 2 8 2008

---

**Clerk**
*[signature] Catherine Lapsley*
**By Deputy Clerk**

**Date**
\* Acknowledgment
*[signature]*
7/29/08



**VISITOR**
**ROSELYNE GISORS**
Visiting:
Generali

**7/29/2008 - 29th Floor**