UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Edward D. Fagan,                    :       Civil Action # 08-cv-6715
                    Plaintiff      :
    vs.                             :
                                    :
Republic of Austria, et al          :
                    Defendants:
-------------------------------------------------X

## Declartion and Return of Service

Edward D. Fagan hereby declares and says:

1)  I am the Plaintiff in the above referenced matter.

2)  Personal service pursuant to FRCP Rule 4 (c) (2) was made by Roselyne Gisors, who is over 18 years of age and who is not a party to this action, on Defendant Austrian National Bank as follows:

    Defendant Austrian National Bank, 450 Park Avenue, Suite 1202, New York, NY *(See Exhibit 1)*

3)  The foregoing statements by me are true and accurate to the best of my knowledge, information and belief.

Dated:    July 30, 2008

_____
Edward D. Fagan

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Declarations of Service have been electronically filed with the Clerk of the Court,

Courtesy hard copies of this Declaration of Service is provided to the Defendants as follows:

    Defendant Austrian National Bank,
    450 Park Avenue, Suite 1202, New York, NY

Dated:    July 30, 2008

                                                          Edward D. Fagan

Exhibit 1
(with attachments)

## RETURN OF SERVICE

Service of Summons and Complaint was made by me[1]  Date July 29, 2008

NAME OF SERVER: Roselyne Gisors   TITLE:

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant.
Place where served: 450 Park Avenue, 12th Floor, Suite 1202 New York, NY 425-435

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of Person which whom the summons and complaint were left: _____

[ ] Returned unexecuted _____

[ ] Other (specify) _____

Male in his 30s/40s who was going to let me in until he saw Mr. Fagan and then he blocked door, refused to give me his name and refused to call anyone else to door. *

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on July 29, 2008
Date

Signature of Server: Roselyne Gisors

Address of Server: Roselyne Gisors 245 W. 72nd St. #7B NYC 10023

*Person Served Male about 5'10"-6' tall, thin blonde hair, pink shirt, no tie, no jacket, no glasses, dark pants, blocked entry to office, refused to give name, refused to open door more than for my foot and cane and part of my body, I told him I had papers, legal papers, he did not want to sign acknowledgment, kicked papers on floor, pushed me out the door. He had the papers but pushed them aside with his foot and closed the door only after he tried had papers. We waited for him to come out but left after a few minutes without getting his name. We left the papers exactly where he kicked them

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

---------------------------------------------------------------X
Edward D. Fagan,                             :    Civil Action #
                              Plaintiff      :
                                             :
- v -                                        :
                                             :    08 CV 6715
Republic of Austria,                         :
Austrian National Bank,                      :
Vermittlungskommission Brandkatastrophe Kaprun, :
    a/k/a The Kaprun Commission,             :
Gletscherbahnen Kaprun AG,                   :
Österreichische Elektrizitätswirtschafts-AG, :    SUMMONS
Generali Versicherung AG,                    :
                              Defendants     :
---------------------------------------------------------------X

TO:

See Multiple Defendants on Annexed Service List

***YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff Pro Se (Name and Address):*

Edward D. Fagan, 5 Penn Plaza, 23rd Floor, New York, NY 10001

*an answer to the Complaint which is herewith served upon you, within  20  days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*



J. MICHAEL McMAHON                           JUL 2 8 2008
_____                  _____
Clerk                                        Date

_____
By Deputy Clerk

## DEFENDANTS ADDRESSES

- Republic of Austria, Federal Chancellory, Vienna, Austria



- Austrian National Bank, 745 5th Ave, New York, NY 10151+0001

- Gletscherbahnen Kaprun AG

    Wilhelm Fazokas Straße 690 5710 Kaprun, Austria

    - And -

    c/o Austrian National Tourist Office

    500 5th Ave, New York and 120 W 45th St # 9, New York, NY

- Österreichische Elektrizitätswirtschafts-AG, Am Hof 6a A-1010 Vienna

- Generali Versicherung AG / The Generali Group 1 Liberty Plaza # 29, New York, NY 10006 and Landskrongrasse 1-3, Vienna, Austria.

Austrian National Bank moved from
745 Fifth Ave, NY, NY
to
450 Park Ave. Suite 1202
NY, NY (cor. 57th + Park)



450

**Welcome**

_____

**Rosely Gisors**

07/29/08     Expires: 07/29/08     04:51