# HARNIK WILKER & FINKELSTEIN LLP
### Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022-5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
AUG 1 9 2008

IRA A. FINKELSTEIN
STEPHEN M. HARNIK

LUKAS M. STUHLPFARRER*
CHRISTIAN VOTAVA

* MBA, LLM (not admitted)

Of Counsel:

DENISE G. DARMANIAN
NICHOLAS A. GALLO, III**
HENRY O. LEICHTER
STEPHEN P. H. RACHLIS
P. JAY WILKER

**New Jersey Bar and
Bar of U.S. Patent Office only

August 18, 2008

Via Fax: 212 805 0426
Page 1 of 3
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

re:  Edward D. Fagan v. Republic of Austria, et. al. 08 CV 6715

Dear Judge Swain:

We are the attorneys for defendant Austrian National Bank in the above. In regard to Mr. Weiner's fax of this afternoon, and our 3-way telecon with your law secretary, Sean Young, as mentioned, our client's time to respond to the summons is governed by the F.S.I.A. §28 U.S.C. 1602 et. seq. which provides for 60 days. Nevertheless, we join Generali's request to extend our client's time to respond to the summons to September 30, 2008.

The request is granted.

Respectfully,

Stephen M. Harnik

**SO ORDERED.**
NEW YORK, NY
Aug 19, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

SMH: sc
Encl.
CC:  Edward D. Fagan, Esq. (via email)
     Robert Weiner, Esq. (via email)
     Austrian National Bank (via email)

Copies mailed/faxed to  S. HARNIK
Chambers of Judge Swain
8/19-08