# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 19 2008

Robert A. Weiner
Attorney at Law
rweiner@mwe.com
212.547.5408

August 18, 2008

**VIA FACSIMILE AND MAIL**

The Honorable Judge Laura Taylor Swain
United States District Court
for the Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Edward D. Fagan, v. Republic of Austria, et al., 08 CV 6715

Dear Judge Swain:

We represent Generali Versicherung AG in the above-referenced action. At the time that the complaint was served the case had been referred to Judge Schindlin as a related matter. While Judge Schindlin was deliberating as to whether to accept the case I exchanged emails with plaintiff, Edward D. Fagan, regarding an extension of time within which to respond to the complaint. As reflected by the attached emails, Mr. Fagan advised that he would agree to an extension of time and asked me how much time I needed. As reflected by my email dated August 12, 2008, I advised Mr. Fagan that I needed until September 30, 2008 in which to respond to the complaint. Unfortunately, Mr. Fagan has not responded to my August 12 email and we are therefore asking the Court to grant the requested extension.

Respectfully submitted,

*Robert A. Weiner*

Robert A. Weiner

RAW:JDA
Enclosure

cc: Edward D. Fagan, Esq. (via e-mail)
    Stephen M. Harnik, Esq. (via fax)

The requested extension is granted.

SO ORDERED.

NEW YORK, NY

LAURA TAYLOR SWAIN
Aug 19, 2008 UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to R. WEINER
Chambers of Judge Swain    8-19-08

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York, New York 10173-1922 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com
NYK 1174597-1.083223.0011