Harnik Wilker & Finkelstein LLP
Attorneys for Defendant
Austrian National Bank
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
Edward D. Fagan,

                       Plaintiff,                              Index No. 08 cv 6715

               -     against -                      AFFIDAVIT OF SERVICE
Republic of Austria, Austrian National Bank, et. al.,
                        Defendants.
--------------------------------------------------------------------X

STATE OF NEW YORK     )
                         )ss.:
COUNTY OF NEW YORK  )

      I, Sarah C. Claridad, being sworn, say:

      I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

      On the 19th of August, 2008, I serve the within Judge Swain's Endorsed Memo by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known addresses set forth:

               Edward D. Fagan, Esq.
               Five Penn Plaza, 23rd Floor
               New York, NY 10001

               Robert A. Weiner, Esq.
               McDermott Will & Emery LLP
               340 Madison Avenue
               New York, NY 10173-4613

                                          _Sarah C. Claridad_

Sworn to before me the
19th day of August, 2008.

Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
   No. 02HA-4694243
  Qualified in New York County
Commission Expires May 31, 2011